# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE CENTER FOR GESTALT DEVELOPMENT, INC.**, <br><br> *Plaintiff*, <br><br> v. <br><br> **CHARLES BOWMAN, et al.**, <br><br> *Defendants*. | **Case No. 2:22-cv-02058-JDW** |

## ORDER

**AND NOW**, this 19th day of October, 2022, upon consideration of Defendant Charles Bowman's Motion To Dismiss For Improper Venue And Lack Of Personal Jurisdiction (ECF No. 9), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1. Mr. Bowman's motion to dismiss (ECF No. 9) is **GRANTED**;

2. The Center for Gestalt Development, Inc.'s claims against Mr. Bowman are **DISMISSED WITHOUT PREJUDICE**; and

3. Mr. Bowman's Motion To Strike Plaintiff The Center For Gestalt Development, Inc.'s Sur-reply In Opposition To Defendant's Motion To Dismiss (ECF No. 16) is **DENIED AS MOOT**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.