UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE CENTER FOR GESTALT DEVELOPMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> JEAN-MARIE ROBINE and THE INSTITUT FRANCAIS DE GESTALT-THERAPIE, <br><br> Defendants. | No. 1:23-cv-01027-RLY-TAB |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause having come before the Court on the motion of John J. Powell, counsel for The Center for Gestalt Development, Inc., to appear *pro hac vice* in this action on behalf of the Plaintiff. [Filing No. 74.] Being fully advised, it is now ORDERED that the motion is GRANTED.

Applicant's contact information should be entered as follows:

John J. Powell
Montgomery McCracken Walker & Rhoads LLP
1735 Market Street
Philadelphia, PA 19103

Date: 7/10/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to registered counsel of record via
CM/ECF and to the following via U.S. Mail:

Eileen Kelly Conway
Steve Harvey Law, LLC
1880 John F. Kennedy Blvd. Ste 1715
Philadelphia, PA 19103

Stephen G. Harvey
DEPT OF JUSTICE CIVIL DIVISION
Federal Programs Branch
P O Box 883
Washington, DC 20044